IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>PRIMROSE 1677 LLC DBA GENTLEMEN 1677,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-03073 |

## STIPULATION FOR DISMISSAL

Plaintiff, Chris Jackson, and Defendant, Primrose 1677 LLC dba Gentlemen 1677, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 29, 2025

| | |
|---|---|
| NYE STIRLING, HALE,<br>MILLER, AND SWEET, LLP | LAW OFFICES OF NOLAN KLEIN, P.A. |
| By:　/s/ Benjamin J. Sweet<br>Benjamin J. Sweet, Esq.<br>101 Pennsylvania Boulevard, Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Telephone: (412) 857-5350 | By: /s/ Nolan Klein<br>Nolan Klein, Esq.<br>5550 Glades Road, Suite 500<br>Boca Raton, Florida 33431<br>Telephone: (954) 745-0588 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 29th day of May, 2025.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
